JTW: 09.09.19
MG USAO 2019R00582

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 SEP 10 PM 3:20
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. GLR-19-0427 |
| XYAVION LAWRENCE, | * | (Theft of Firearms from a Federal Firearms Licensee's Inventory, 18 U.S.C. § 922(u)) |
| Defendant | * | |

*******

# INDICTMENT

## COUNT ONE
### (Theft of Firearms from a Federal Firearms Licensee's Inventory)

The Grand Jury for the District of Maryland charges that:

On or about August 8, 2019, in the District of Maryland, the defendant,

**XYAVION LAWRENCE,**

did knowingly steal and unlawfully take and carry away, from the premises of a person licensed to engage in the business of importing, manufacturing, and dealing in firearms, to wit: the Gun Shop, located at 1614 Eastern Boulevard, Essex, MD 21221, firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce.

18 U.S.C. § 922(u).

*[signature]* /MAC
ROBERT K. HUR
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

9/10/19
Date